IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| RIDING FILMS, INC., | ) | |
| | ) | |
| | ) | Case No.: 3:12-cv-01247 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DOES 1-92, | ) | Judge Todd J. Campbell |
| | ) | |
| Defendants. | ) | Magistrate Judge E. Clifton Knowles |

## ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE

The Court finds that Plaintiff's Second Motion to Continue the Initial Case Management Conference scheduled for January 28, 2013 at 10:30 a.m. for sixty (60) days is well-taken, and, therefore, the Initial Case Management Conference is rescheduled to April 2, 2013, at 11:00 a.m.

**IT IS SO ORDERED.**

_____
JUDGE

**APPROVED FOR ENTRY:**

/s/ Klint W. Alexander
Klint W. Alexander, BPR #20420
**WYATT, TARRANT & COMBS, LLP**
2525 West End Avenue, Suite 1500
Nashville, Tennessee 37203
Telephone: 615.244.0020
Facsimile: 615.256.1726
kalexander@wyattfirm.com
*Attorney for Plaintiff*
*Riding Films, Inc.*